No. 1258. CAROTHERS ET AL., DOING BUSINESS AS ALL-RIGHT PARKING SYSTEM, LTD. *v.* BOWLES, PRICE ADMINISTRATOR. June 11, 1945. Petition for writ of certiorari to

the United States Emergency Court of Appeals denied. *Mr. Walter. F. Brown* for petitioners. *Assistant Solicitor General Cox* and *Mr. Richard H. Field* for respondent.